IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TRACY L. BINION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.:2:07-cv-716-SRW |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE REPLY BRIEF

COMES NOW, the Plaintiff, by and through counsel, respectfully requests this Court for Leave to file a Reply Brief in the captioned proceedings.

As grounds for said Motion, counsel for Plaintiff would state that he has reviewed Defendant's Memorandum in Support of the Commissioner's Decision and avers that further comment to this Court is essential in light of the arguments advanced therein. Specifically, the undersigned asserts that the Commissioner's response with respect to the ALJ's failure to follow his own regulations in evaluating Ms. Binion's mental impairments warrants further response.

In addition, we would request that we be allowed fifteen (15) days from the date the Motion is granted within which to file said Reply Brief.

Respectfully Submitted,
Tracy L. Binion

/s/ Quinn E. Brock
By: Quinn E. Brock, Attorney for Plaintiff
AL Bar# ASB-6465-164B
P.O. Box 311167
Enterprise, AL 36331-1167
(334) 393-4357

**MOTION GRANTED**

THIS 12th DAY OF March, 20 08

_____
UNITED STATES MAGISTRATE JUDGE